# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

| | |
|---|---|
| JONATHAN HARRISON ) | |
| ) | |
| ) | |
| v. ) | CV 516-100 |
| ) | |
| UNITED OF OMAHA LIFE ) | |
| INSURANCE COMPANY ) | |

### ORDER

Plaintiff Jonathan Harrison and Defendant United Of Omaha life Insurance Company filed a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(iI), and stipulates to the dismissal of this action with prejudice. Each party is to bear its own costs and attorney's fees, and no costs, expenses, or fees are sought. The Clerk is hereby ordered to close this case.

So ORDERED, this 14 day of February, 2017.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA